TERMINAL CONSTRUCTION CORPORATION, A CORPORA-
TION OF THE STATE OF N. J. v. ATLANTIC COUNTY
SEWERAGE AUTHORITY, A BODY POLITIC OF THE
STATE OF N. J.

February 25, 1975. Certification to Superior Court, Law
Division granted.

STATE OF NEW JERSEY v. WILLIAM GRAY.

February 25, 1975. Petition for certification denied.

JAMES C. CAMOOSA v.
STATE OF NEW JERSEY DEPARTMENT OF TREASURY.

February 25, 1975. Petition for certification denied.

RICHARD H. HUGHES v.
THE HARDING TOWNSHIP BOARD OF ADJUSTMENT.

February 25, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK RUSHWORTH.

February 25, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES UTTER.

February 25, 1975. Petition for certification denied.